# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Sep 09 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MICHAEL VAUGHN NICKERSON

Plaintiff,

v.

RON BLOOMFIELD
CLARENCE CRYER    CDCR
SAN QUENTIN PRISON

Defendant(s).

**CASE NUMBER** 20-cv-6326-DMR

**PRISONER'S APPLICATION AND
DECLARATION TO PROCEED
*IN FORMA PAUPERIS***

I, (print your name) MICHAEL VAUGHN NICKERSON , declare under penalty of perjury that
I am the plaintiff in this case; I believe am entitled to relief; and I am unable to pay the costs of this
proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following
questions:

1. Are you presently employed in prison? ☐ Yes ☑ No

    The number of hours you work per week: ___0___ The hourly rate of pay: ___0___

2. For the past twelve months, list the amount of money you have received from any of the following
    sources.

    a. Business, profession or self-employment                          $ ___0___
    b. Income from rent, interest or dividends                          $ ___0___
    c. Pensions, annuities or life insurance payments                   $ ___0___
    d. Disability, Social Security or other government source           $ ___0___
    e. Gifts or inheritances                                            $ ___0___
    f. Describe any other source of income: _____              $ ___0___

3. List the amount for each of the following (include prison account funds):

    Cash on hand $ ___0___     Checking account $ ___0___     Savings account $ ___0___

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans,
    automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    If Yes, describe the property and state its approximate value:

    ☐ Yes

    ☑ No                                                                 $ ___0___

5. Do you have any other assets?

　　If Yes, list the asset(s) and the approximate value:

☐ Yes

☑ No

$

6. Does anyone depend upon you for financial support?

　　If Yes, state their relationship to you, and indicate how much you contribute towards their support each month. Use initials (not names) to refer to minor children.

☐ Yes

☑ No

$

*This form must be dated and signed below for the court to consider your application.*

　　I hereby authorize the institution having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the court. Additionally, once eligibility is established, I further authorize the institution having custody of me to collect from my trust account and forward to the court payments in accordance with 28 U.S.C. § 1915(b)(2).

_Michael V. Nickerson_
Signature of Prisoner

_F-77522_
Prisoner's CDCR Number

_8-25-2020_
Date

---

## CERTIFICATION FOR PRISONERS *NOT* IN CDCR CUSTODY

### CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT
(to be completed by authorized officer)

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing

the transactions of _____ for the last six months at

　　　　　　　　　　　　　PRISONER'S NAME

_____, where (s)he is confined.

　　　　　　　　NAME OF NON-CDCR INSTITUTION

_____          _____          _____

Signature of Authorized Officer　　　　Officer's Name (printed)　　　　　　　Date

# CDCR
# Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| F77522 | NICKERSON, MICHAEL | SQ | A NB 5 | 066001 |

**Current Available Balance:**  $0.20

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | | | |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | FBA006680 | Active | $7,500.00 | $0.00 | $0.00 | $6,276.76 |
| RESTITUTION FINE | FBA006680 | Active | $10,000.00 | $0.00 | $0.00 | $10,000.00 |

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR-0022 (10-09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| NICKERSON | MICHAEL | F 77522 | Michael V Nickerson |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 5N-66 Low | PATTEN COLLEGE | | TRUST STATEMENT |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I NEED A COPY OF MY LAST SIX MONTHS OF TRUST ACCOUNT ACTIVITY

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☑ SENT THROUGH MAIL: ADDRESSED TO: TRUST OFFICE    DATE MAILED: 8/4/20

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| BVO | 08/07/20 | BV | 08/07/20 |

See attachment

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I SPECIFICALLY SAID I NEED COPY OF LAST SIX MONTHS OF ACCOUNT ACTIVITY THIS IS FOR LEGAL SERVICES AND I WAS ONLY GIVEN AUGUST

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Michael V. Nickerson | AUGUST 11, 2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | 8/13/20 | | 8-14-20 |

Comply reade you Compllor informed to
pick-up the cmo cert. & diliver to you