1  ROB BONTA
   Attorney General of California
2  JEFFREY T. FISHER
   Supervising Deputy Attorney General
3  ZEWUGEBERHAN DESTA
   Deputy Attorney General
4  State Bar No. 271740
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 879-0263
    Fax:  (510) 622-2270
7   E-mail:  Zewugeberhan.Desta@doj.ca.gov
   *Attorneys for Defendants*
8  *Allison, Broomfield, and Clark*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL V. NICKERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**RON BROOMFIELD, et al.,**<br><br>Defendants. | 5:20-cv-06326-EJD (PR)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION AND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge: The Honorable Edward J. Davila<br>Trial Date: Not Set<br>Action Filed: September 9, 2020 |

TO PLAINTIFF MICHAEL V. NICKERSON IN PRO SE:

PLEASE TAKE NOTICE that under Northern District Local Rules 6-3 and 7-11, Defendants Allison, Broomfield, and Clark move the Court to change the time to file their dispositive motion.  Currently, Defendants must file their comprehensive dispositive motion by November 9, 2021.  (ECF No. 10 at 4.)  Defendants respectfully request an extension of 76 days to file a dispositive motion.

As explained in the supporting declaration of Zewugeberhan Desta, defense counsel needs additional time to conduct discovery, confer with Defendants and potential inmate and staff

1

1  witnesses who are familiar with Nickerson's claim and obtain declarations, request additional

2  documents from the prison, and prepare and file a motion for summary judgment. (Desta Decl.

3  ¶¶ 5-6.)

4      This is Defendants' first request to change the deadline for filing a motion for summary

5  judgment or other dispositive motion. (*Id.* ¶ 7.) An extension of the dispositive-motion deadline

6  will not affect any other deadline set by the Court in this matter. (*Id.*)

7      For these reasons, Defendants respectfully request an extension of 76 days to file a

8  dispositive motion, up to January 24, 2022.

9

10  Dated: November 5, 2021                         Respectfully submitted,

11                                                  ROB BONTA
                                                Attorney General of California
12                                                  JEFFREY T. FISHER
                                                Supervising Deputy Attorney General

13

14                                                  */s/ Zewugeberhan Desta*
                                                ZEWUGEBERHAN DESTA
15                                                  Deputy Attorney General
                                                *Attorneys for Defendants*
16

17  SF2021401876
    91437245.docx

18

19

20

21

22

23

24

25

26

27

28

2

Defs. Adm. Mot. Change Time to File a Dispositive Mot. (5:20-cv-06326-EJD (PR))

# CERTIFICATE OF SERVICE

| Case Name: | **M. Nickerson (F77522) v. Broomfield, et al.** | No. | **5:20-cv-06326-EJD (PR)** |
|---|---|---|---|

I hereby certify that on <u>November 5, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ADMINISTRATIVE MOTION AND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 5, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael Vaugh Nickerson
F-77522
San Quentin State Prison
San Quentin, CA 94964
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 5, 2021</u>, at Los Angeles, California.

| D. Salao | |
|---|---|
| Declarant | Signature |

SF2021401876
AG Cert of Service CMECF Paper Filers.docx