1  ROB BONTA
   Attorney General of California
2  JEFFREY T. FISHER
   Supervising Deputy Attorney General
3  ZEWUGEBERHAN DESTA
   Deputy Attorney General
4  State Bar No. 271740
   1515 Clay Street, 20th Floor
5  P.O. Box 70550
   Oakland, CA  94612-0550
6  Telephone:  (510) 879-0263
   Fax:  (510) 622-2270
7  E-mail:  Zewugeberhan.Desta@doj.ca.gov
   *Attorneys for Defendants*
8  *Allison, Broomfield, and Clark*

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13

14  **MICHAEL V. NICKERSON,**              5:20-cv-06326-EJD (PR)

15                          Plaintiff,    **DECLARATION OF ZEWUGEBERHAN
                                          DESTA IN SUPPORT OF**
16       **v.**                           **DEFENDANTS' ADMINISTRATIVE
                                          MOTION TO CHANGE TIME TO FILE**
17  **RON BROOMFIELD, et al.,**           **A DISPOSITIVE MOTION**

18                          Defendants.   Judge:       The Honorable Edward J. Davila
19                                        Trial Date:  Not Set
                                          Action Filed:  September 9, 2020
20

21       I, Zewugeberhan Desta, declare as follows:

22       1.    I am an attorney admitted to practice before the courts of the State of California and

23  before this Court.  I am employed by the California Attorney General's Office as a Deputy

24  Attorney General in the Correctional Law Section.  I represent Defendants Allison, Broomfield,

25  and Clark.  I am competent to testify to the matters set forth in this declaration and, if called upon

26  by this Court, would do so.  I submit this declaration in support of Defendants' Motion to Change

27  Time to File a Dispositive Motion.

28

                                        1

2.     In its Order of Service dated August 10, 2021, the Court directed Defendants to file a motion for summary judgment or other dispositive motion by November 9, 2021.  (Order, ECF No. 10 at 4.)

3.     On September 23, 2021, I was assigned to represent Defendants Allison, Broomfield, and Clark in this matter.  Since September 23, I have been working up the case to develop a motion for summary judgment.  I have reviewed Plaintiff Nickerson's complaint, the Court's order of service, and relevant prison central file (C-File) records; conducted legal research regarding Nickerson's claims; requested additional documents and records from the San Quentin State Prison Litigation Coordinator's Office; and requested Nickerson's inmate appeal records from the Office of Appeals in Sacramento, California.

4.     In addition to working on this case, I have been preparing for appearances and filings in my other assigned cases, including the following:

-     prepared defendant's motion for summary judgment in *Avina v. Koenig, et al.*, N.D. Cal. No. 3:21-cv-02433-JD (PR), which I filed on October 19, 2021;

-     prepared defendant's motion for summary judgment in *Tooker v. Mak, et al.*, N.D. Cal. No. 5:20-CV-07373-LHK, which I filed on October 22, 2021;

-     prepared for and took Plaintiff's deposition in *Tooker v. Mak, et al.*, N.D. Cal. No. 5:20-CV-07373-LHK;

-     prepared defendants' reply in support of their motion for summary judgment in *Cunningham v. Martinez*, E.D. Cal. No. 1:19-cv-01508-AWI-EPG, which I filed on October 4, 2021;

-     prepared defendant's reply to Plaintiff's objections to magistrate judge's report and recommendation on defendant's motion to dismiss in *Ajaelo v. Carrillo*, S.D. Cal. No. 3:20-cv-02191-WQH-DEB, which I filed on October 19, 2021;

-     prepared defendants' motion to stay discovery and motion to strike unauthorized sur-reply in *Cunningham v. Martinez*, E.D. Cal. No. 1:19-cv-01508-AWI-EPG, which I filed on October 14, and October 28, 2021 respectively;

- prepared defendant's motion to strike unauthorized sur-reply in *Moffett v. Benefield*, N.D. Cal. No. 3:20-cv-02051-EMC (PR), which I filed on October 21, 2021; and

- prepared defendants' motion to compel discovery and motion to bifurcate summary-judgment briefing in *Tooker v. Mak, et al.*, N.D. Cal. No. 5:20-CV-07373-LHK, which I filed on October 14, and October 15, 2021 respectively.

5.      I need additional time to conduct discovery; confer with Defendants, and potential inmate and staff witnesses who are familiar with Nickerson's claim and obtain declarations; request additional documents from the prison; and prepare and file a motion for summary judgment and any supporting declarations.

6.      In light of these limitations, Defendants respectfully request a 76-day extension of time to file a dispositive motion in this matter, such that Defendants' motion will be due by January 24, 2022.  I believe a 76-day extension of time is necessary to obtain discovery responses from Nickerson; obtain documents and additional information from San Quentin; confer with Defendants, staff, and inmate witnesses who are familiar with Nickerson's claims; and prepare Defendants' motion for summary judgment and any supporting declarations.  I also believe this amount of time is necessary for me to arrange meetings with Defendants and witnesses in light of additional restrictions at institutions because of the COVID-19 pandemic and my busy work schedule.

7.      This is Defendants' first request to change time to file a motion for summary judgment or other dispositive motion.  This request is not made for the purpose of harassment, undue delay, or any improper reason.  This requested extension of time will have minimal impact on the case schedule, and no other deadlines will be affected.

8.      I have not attempted to contact Plaintiff for a stipulation to extend time because he is a pro-se state prison inmate who is not easily available by telephone.  Because Plaintiff is an inmate, it is also difficult to deliver this motion for an extension of time on the same day it is filed.  Thus, Defendants are serving it by the most expedient and cost-effective means available, i.e., first-class mail.

1        I declare under penalty of perjury that the foregoing is true and correct and that this

2   declaration was executed on November 5, 2021, in Oakland, California.

3

4                                                        /s/ Zewugeberhan Desta
                                                         Zewugeberhan Desta
5                                                        Deputy Attorney General

6   SF2021401876
    91437247.docx

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Z. Desta in Supp. of Defs. Mot. Change Time to File a Dispositive Mot.  (5:20-cv-06326-EJD (PR))

# CERTIFICATE OF SERVICE

Case Name: **M. Nickerson (F77522) v.**          No.   **5:20-cv-06326-EJD (PR)**
**Broomfield, et al.**

I hereby certify that on <u>November 5, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ZEWUGEBERHAN DESTA IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION AND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 5, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:


Michael Vaugh Nickerson
F-77522
San Quentin State Prison
San Quentin, CA 94964
In Pro Per


I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 5, 2021</u>, at Los Angeles, California.

|                          |                          |
| :----------------------: | :----------------------: |
| D. Salao                 |                          |
| Declarant                | Signature                |

SF2021401876
AG Cert of Service CMECF Paper Filers.docx