IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL V. NICKERSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RON BROOMFIELD, et al.,<br><br>　　　　　　　　　　　Defendants. | 5:20-cv-06326-EJD (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

　　　　Defendants Allison, Broomfield, and Clark moved to change the Court's deadline to file a motion for summary judgment or other dispositive motion from November 9, 2021, to January 24, 2022.  The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

　　　　Accordingly, Defendants' motion is GRANTED.  The deadline for Defendants to file a motion for summary judgment or other dispositive motion is changed to January 24, 2022.  Plaintiff's opposition to the summary-judgment motion shall be filed with the Court and served on Defendants no later than twenty-eight days from the date Defendants' motion was filed.  Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed.

///

1

1     No hearing will be held on this motion unless the Court so orders at a later date.

2     **IT IS SO ORDERED.**

4     Dated: _____

    The Honorable Edward J. Davila
    United States District Judge

2

[Proposed] Order Granting Defs. Adm. Mot. Change Time to File a Dispositive Mot. (5:20-cv-06326-EJD (PR))

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | M. Nickerson (F77522) v. Broomfield, et al. | No. | 5:20-cv-06326-EJD (PR) |

I hereby certify that on <u>November 5, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED ORDER] GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 5, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael Vaugh Nickerson
F-77522
San Quentin State Prison
San Quentin, CA 94964
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 5, 2021</u>, at Los Angeles, California.

| D. Salao | | _[signature]_ |
|---|---|---|
| Declarant | | Signature |

SF2021401876
AG Cert of Service CMECF Paper Filers.docx