IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL V. NICKERSON,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**RON BROOMFIELD, et al.,**<br><br>                                    Defendants. | 5:20-cv-06326-EJD (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

   Defendants Allison, Broomfield, and Clark moved to change the Court's deadline to file a motion for summary judgment or other dispositive motion from November 9, 2021, to January 24, 2022. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

   Accordingly, Defendants' motion is GRANTED. The deadline for Defendants to file a motion for summary judgment or other dispositive motion is changed to January 24, 2022. Plaintiff's opposition to the summary-judgment motion shall be filed with the Court and served on Defendants no later than twenty-eight days from the date Defendants' motion was filed. Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed.

///

1

No hearing will be held on this motion unless the Court so orders at a later date.

**IT IS SO ORDERED.**

Dated: 11/9/2021

The Honorable Edward J. Davila
United States District Judge

2

Order Granting Defs. Adm. Mot. Change Time to File a Dispositive Mot. (5:20-cv-06326-EJD (PR))