ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
ZEWUGEBERHAN DESTA
Deputy Attorney General
State Bar No. 271740
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0263
  Fax:  (510) 622-2270
  E-mail:  Zewugeberhan.Desta@doj.ca.gov
*Attorneys for Defendants*
*Allison, Broomfield, and Clark*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL V. NICKERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**RON BROOMFIELD, et al.,**<br><br>Defendants. | 5:20-cv-06326-EJD (PR)<br><br>**DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL**<br><br>Judge:         The Honorable Edward J. Davila<br>Trial Date:   Not Set<br>Action Filed: September 9, 2020 |

TO PLAINTIFF MICHAEL V. NICKERSON, PRO SE:

PLEASE TAKE NOTICE that Defendants Allison, Broomfield, and Clark waive their right to reply to the complaint under 42 U.S.C. § 1997e(g).  Additionally, Defendants demand a trial by jury in this action.

**I.   BACKGROUND.**

Plaintiff Michael V. Nickerson (F77522) is a state-prison inmate currently incarcerated at San Quentin State Prison, in San Quentin, California.  (ECF No. 1.)  Nickerson filed the instant action on September 9, 2020.  (*Id.*)  On February 11, 2021, the Court dismissed Nickerson's complaint with leave to amend because it failed to state a claim.  (ECF No. 7.)  Nickerson filed an

1

Defs.' Waiver of Reply & Demand for Jury Trial. (5:20-cv-06326-EJD (PR))

amended complaint on March 12, 2021. (ECF No. 9.) The Court screened Nickerson's Amended Complaint on August 10, 2021, and found that, liberally construed, Nickerson's complaint stated an Eighth Amendment deliberate indifference claim against Defendants for unsafe conditions at San Quentin. (ECF No. 10 at 3.) Defendants intend to file a dispositive motion.

## II.   DEFENDANTS WAIVE THEIR RIGHT TO REPLY TO THE COMPLAINT.

Under 42 U.S.C. § 1997e(g), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under . . . Federal law." Further, "[n]otwithstanding any other law or rule of procedure, such a waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed." 42 U.S.C. § 1997e(g). However, "the court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 U.S.C. § 1997e(g)(2). To date, the Court has not made such a finding.

## III.   DEFENDANTS DEMAND A TRIAL BY JURY.

Under Federal Rule of Civil Procedure 38(b) and Civil Local Rule 3-6, Defendants demand a trial by jury in this action.

Dated: December 9, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General


/s/ Zewugeberhan Desta
ZEWUGEBERHAN DESTA
Deputy Attorney General
*Attorneys for Defendants*

SF2021401876
91446875.docx

2

Defs.' Waiver of Reply & Demand for Jury Trial. (5:20-cv-06326-EJD (PR))

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **M. Nickerson (F77522) v. Broomfield, et al.** | No. | **5:20-cv-06326-EJD (PR)** |

I hereby certify that on <u>December 9, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 9, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael Vaugh Nickerson  CDCR# F-77522
1 Main Street
San Quentin State Prison
San Quentin, CA 94964
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 9, 2021</u>, at Los Angeles, California.

| | |
|---|---|
| D. Beltoya | /s/ D. Beltoya |
| Declarant | Signature |

SF2021401876
64742252