# EXHIBIT A

Name: NICKERSON, MICHAEL V.   CDC #: F77522   PID #: 11154720

OGTS010A

# Offender Grievances/Appeals

Friday September 24, 2021 05:13:20 PM

**Grievances/Appeals** (1 - 5 of 5)

| Initial Received Date/Time | Log # | Received By Facility/Parole District | Appeal Received Date | Overall Status |
|---|---|---|---|---|
| 04/23/2021 11:12:29 | 000000111280 | SQ-Facility A | | OOG Closed |
| 03/16/2021 08:10:53 | 000000099387 | SQ-Facility A | | OOG Closed |
| 11/05/2020 06:05:22 | 000000055802 | SQ-Facility A | 12/30/2020 | OOA Closed |
| 09/18/2020 07:48:58 | 000000041626 | SQ-Facility A | | OOG Closed |
| 06/25/2020 10:49:21 | 000000008563 | SQ-Facility A | | OOG Closed |