EXHIBIT B

Office of Appeals

09/24/2021

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Inmate / Parolee Appeals Tracking System - Level III

**Appellant Appeal History**

**CDCR Number: F77522**

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| F77522 | NICKERSON, MICHAEL | SQ | 09/22/2015 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 1201879 (Group) | LIVING CONDITIONS | Showers | 08/16/2012 | NKSP-12-00737 | 11/09/2012 | 10/23/2012 | DENIED |

**Screen Outs**

The appellant has no screened out appeal history.