# EXHIBIT A

## Inmate / Parolee Appeals Tracking System - I & II

### Appeals Listing Report

| CDC Number | Last Name | Area of Origin | Issue | Log Number |
|---|---|---|---|---|
| F77522 | NICKERSON | NORTH BLOCK | PROPERTY | SQ-A-17-02911 |
| **Level I Review:** | Received Date: 10/17/2017 | Due Date: 12/1/2017 | Completed Date: 10/30/2017 | **GRANTED** |
| **Level II Review:** | Received Date: 11/16/2017 | Due Date: 1/3/2018 | Completed Date: 12/9/2017 | **DENIED** |
| F77522 | NICKERSON | NORTH BLOCK | PROGRAM | SQ-A-18-03377 |
| **Level I Review:** | Received Date: 9/25/2018 | Due Date: 11/6/2018 | Completed Date: 10/5/2018 | **GRANTED IN PART** |
| | **Total:** | **2** | | |