# EXHIBIT D

**Confidentiality Notice:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 41626 | Category: |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): NICKERSON, MICHAEL | CDC Number: F77522 | Unit/Cell Number: SN-66 LOW | Assignment: PATTEN COLLEGE |

A. Continuation of CDCR 602, Section A only (Explain your issue): ASKED WHAT THE MOVE WAS FOR OFFICER LUPERCIO STATED ONLY THAT I MADE THE LIST. I HAD TOLD HIM THAT IF IT WAS NOT FOR MEDICAL REASONS THE GOVERNOR SAID NO MOVEMENTS UNTIL THE PANDEMIC IS OVER HE WALKED AWAY TO RETURN 2 HOURS LATER AND ASKED IF I WAS STILL REFUSING I SAID YES HE NEVER SAID I WOULD BE WRITTEN UP I FELT I WAS BEING SINGLED OUT DUE TO LITIGATION ABOUT COVID. I ASKED THE IAC WHAT THE MOVES WERE ABOUT HE SAID ADA LOWER TIER/BUNK I DON'T HAVE THAT I AM "S" CUSTODY. AND AS FAR AS THE POPULATION THAT HAS COME BACK FROM BADGER ALL STATED IT IS FILTHY I HAVE ALREADY CONTRACTED COVID AND HAVE LONG TERM EFFECTS THAT I DON'T WANT TO BE SUBJECTED TO A DIFFERENT STRAND OF THE VIRUS FROM NEW INMATES IN BADGER.

Inmate/Parolee Signature: Michael V. Nickerson    Date Submitted: 9-15-20

INMATE GRIEVANCE OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964
SEP 18 2020

STAFF USE ONLY

B. Continuation of CDCR 602, Section B only (Action requested): RESOLVED THEN ONE POSITIVE AND EVERYONE REFUSED BUT NO ONE WAS WRITTEN UP, I HAVE PACKED UP EVERYTHING TWICE AND WAS NEVER MOVED THE FIRST TWO TIMES BECAUSE OF THE ORDER THAT TO MY KNOWLEDGE HAS NOT BEEN LIFTED BY GOVERNOR GAVIN NEWSOM.

Inmate/Parolee Signature: Michael V. Nickerson    Date Submitted: 9-15-20

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

**IAB USE ONLY**

Institution/Parole Region: _____   Log #: 20-8563   Category: _____

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, (CCR) Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): NICKERSON, MICHAEL   CDC Number: F-77522   Unit/Cell Number: SN-66L20   Assignment: PATTEN COLLEGE

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): GENERAL HEALTH CONCERNS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): AS OF MAY 31 NO CASES OF COVID-19 WERE FOUND AND NOW THERE IS CLOSE TO 500 DUE TO INTAKE FROM CHINO PRISON, THE PROBLEM IS THE GOVERNOR SAID NO TRANSFERS UNTIL PANDEMIC IS OVER

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I WOULD LIKE TO BE GIVEN ADEQUATE PROTECTIVE GEAR SUCH AS NEW MASKS, GLOVES, HAND SANITIZER MORE THAN 2 SHOWERS PER WEEK, SOME FORM OF OUTSIDE

INMATE APPEALS OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964

JUN 25 2020

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _Michael V. Nickerson_   Date Submitted: 6-20-24

☐ By placing my initials in this box, I waive my right to receive an interview.

STAFF USE ONLY

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

## OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** NICKERSON, MICHAEL V.  **CDC#:** F77522

**Date:** 09/21/2020

**Current Location:** SQ-Facility A   **Current Area/Bed:** A NB 5066001L

**From:** Office of Grievances at San Quentin State Prison

**Re:** Log # 000000041626

The California Department of Corrections and Rehabilitation Office of Grievances at San Quentin State Prison received your grievance on 09/18/2020. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Your claim concerning Offender Discipline;Serious Rules Violation Report is being rejected by Office of Grievances for the reason(s) indicated below:

Your claim concerns an anticipated policy, decision, action, condition or omission by the Department or departmental staff, generally meaning the action has not happened yet. Once a decision or action has taken place and if you are still dissatisfied, you may file a new grievance.

Pursuant to the California Code of Regulations, Title 15 Section 3084.6(b)(1), your appeal concerns an anticipated action or decisions. Such issues are not appealable until it happen. In your grievance you requested that CDCR 115 (RVR) dated 09/10/2020, Log #7028726, Refusing to Accept Assigned Housing, be dismiss. Upon review of the Disciplinary section in SOMS, it was determined the RVR dated 09/10/2020 has not been adjudicated. You are advise to submit an appeal once the 115 has been heard, approved by the CDO and you being provided your final copy. You have 30 days from date of receipt to file an appeal.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at San Quentin State Prison.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** NICKERSON, MICHAEL V.   **CDC#:** F77522
**Date:** 09/21/2020
**Current Location:** SQ-Facility A   **Current Area/Bed:** A NB 5066001L

**From:** Office of Grievances at San Quentin State Prison

**Re:** Log # 000000041626

The California Department of Corrections and Rehabilitation Office of Grievances at San Quentin State Prison received your grievance on 09/18/2020. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Your claim concerning Offender Discipline;Serious Rules Violation Report is being rejected by Office of Grievances for the reason(s) indicated below:

Your claim concerns an anticipated policy, decision, action, condition or omission by the Department or departmental staff, generally meaning the action has not happened yet. Once a decision or action has taken place and if you are still dissatisfied, you may file a new grievance.

Pursuant to the California Code of Regulations, Title 15 Section 3084.6(b)(1), your appeal concerns an anticipated action or decisions. Such issues are not appealable until it happen. In your grievance you requested that CDCR 115 (RVR) dated 09/10/2020, Log #7028726, Refusing to Accept Assigned Housing, be dismiss. Upon review of the Disciplinary section in SOMS, it was determined the RVR dated 09/10/2020 has not been adjudicated. You are advise to submit an appeal once the 115 has been heard, approved by the CDO and you being provided your final copy. You have 30 days from date of receipt to file an appeal.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at San Quentin State Prison.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



CALIFORNIA DEPARTMENT of Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER F77522 | INMATE'S NAME NICKERSON, MICHAEL V. | MEPD 03/30/2025 | FACILITY SQ-Facility A | HOUSING LOCATION SQ-A - A NB 5 - 066001L |
|---|---|---|---|---|
| VIOLATION DATE 09/10/2020 | VIOLATION TIME 10:30:00 | VIOLATION LOCATION SQ-Facility A - HOUSING UNIT | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, September 10, 2020, at approximately 1030 hours, while performing my duties as the North Block 5th Officer, Position #221215. I informed Inmate Nickerson (5-NB-66L, CDCR: F77522) that he was to gather his belongings and move to Badger section. Inmate Nickerson stated he did not want to move and refused to report to Badger section. I informed inmate Nickerson that if he refused to accept the new housing assignment, that he would be receiving a rules violation report. Inmate Nickerson again stated that he was not going to move. I informed inmate Nickerson that he will be receiving a rules violation report for refusing to accept a new housing assignment.

Officer Lupercio
PERNER# 110714

| REPORTING EMPLOYEE M. Lupercio | TITLE Correctional Officer | ASSIGNMENT 221215 | RDO S/SU/H | DATE: 09/10/2020 |
|---|---|---|---|---|

RVR LOG NUMBER: 000000007028726              VIOLATED RULE NUMBER: 3005(c)

SPECIFIC ACT: Refusing to Accept Assigned Housing-Delaying a PO

CLASSIFICATION

LEVEL: Serious                                              OFFENSE DIVISION: Division D

REFERRED TO: Senior Hearing Officer              FELONY PROSECUTION LIKELY: No

| REVIEWING SUPERVISOR S. Arana | TITLE SERGEANT | DATE 09/10/2020 |
|---|---|---|

CDC NUMBER: F77522 NAME: NICKERSON, MICHAEL V. LOG#: 000000007028726        Page 1 of 4

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| CLASSIFIED BY | TITLE | DATE |
|---|---|---|
| J. Arnold | captain | 09/11/2020 |

CDCR SOMS ISST120 - RULES VIOLATION REPORT

CDC NUMBER: F77522 NAME: NICKERSON, MICHAEL V. LOG#: 000000007028726        Page 2 of 4

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | MEPD | FACILITY | HOUSING LOCATION |
|---|---|---|---|---|
| F77522 | NICKERSON, MICHAEL V. | 03/30/2025 | SQ-Facility A | SQ-A - A NB 5 - 066001L |

| VIOLATION DATE | VIOLATION TIME | VIOLATION LOCATION |
|---|---|---|
| 09/10/2020 | 10:30:00 | SQ-Facility A - HOUSING UNIT |

| INMATE NOTIFICATION | | |
|---|---|---|
| POSTPONEMENT OF DISCIPLINARY HEARING | | |
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE SIGNATURE | DATE |
| ☐ I REVOKE my request for postponement. | INMATE SIGNATURE | DATE |
| STAFF ASSISTANT | | |
| ☐ REQUESTED    ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |
| INVESTIGATIVE EMPLOYEE | | |
| ☐ REQUESTED    ☐ WAIVED BY INMATE | INMATE SIGNATURE | DATE |

CDC NUMBER: F77522 NAME: NICKERSON, MICHAEL V. LOG#: 000000007028726    Page 3 of 4

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.