# EXHIBIT F



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** NICKERSON, MICHAEL V.  **CDC#:** F77522

**Date:** 03/18/2021

**Current Location:** SQ-Facility A  **Current Area/Bed:** A NB 5066001L

**From:** Office of Grievances at San Quentin State Prison

**Re:** Log # 000000099387

The California Department of Corrections and Rehabilitation Office of Grievances at San Quentin State Prison received your grievance on 03/16/2021. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 05/16/2021.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

| | |
|---|---|
| **Offender Name:** NICKERSON, MICHAEL VAUGHN | **Date:** 05/11/2021 |
| **CDC#:** F77522 | |
| **Current Location:** SQ-Facility A | **Current Area/Bed:** A  NB  5 - 066001L |

**Log #:** 000000099387

**Claim #:** 001

**Institution/Parole Region of Origin:** San Quentin State Prison    **Facility/Parole District of Origin:** SQ-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Trust Accounts    **Sub-Category:** Deductions from Trust Account

### I. CLAIM

You state that the prison is not allowed to take portions of the first stimulus payment. You are also requesting the refund of special purchase order (CD 193) that Walkenhorst started processing on January 28, 2021 according to your family member.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

CDCR

**B. DOCUMENTS CONSIDERED**

Inmate Statement Report and Executive Order N-57-20

### III. REASONING AND DECISION

Your request to stop the direct order restitution deduction is denied. The Financial Assistance made available under the CARES Act, Economic Impact Payment (EIP), is not exempt from criminal restitution payable to victims per Executive Order N-57-20. Thus, CDCR will deduct victim restitution, if owed, from each EIP check. All other obligations (restitution fines, State and Federal filing fees, State damages, mail charges, medical charges, etc.) are exempt.

Your request to process your CDC193 payable to Walkenhorst in the amount of $870.03 dated January 15, 2021 is denied. Your remaining trust account balance starting January 15, 2021 is $540.00 and $1.25 by April 9, 2021.

Your refund request from Walkenhorst order on January 28, 2021 is denied. There is no special purchase Walkenhorst transaction in your account since December 1, 2021.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Staff Signature | Title | Date/Time |
|---|---|---|
| O. Smith [SMOA001] | CDW (A) | 05/10/2021 |

**Confidentiality Notice**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.