ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
ZEWUGEBERHAN DESTA
Deputy Attorney General
State Bar No. 271740
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0263
  Fax:  (510) 622-2270
  E-mail:  Zewugeberhan.Desta@doj.ca.gov
*Attorneys for Defendants*
*Allison, Broomfield, and Clark*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL V. NICKERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**RON BROOMFIELD, et al.,**<br><br>Defendants. | No. 5:20-cv-06326-EJD (PR)<br><br>**DECLARATION OF ZEWUGEBERHAN DESTA IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>Judge:    The Honorable Edward J. Davila<br>Trial Date:    Not Set<br>Action Filed:    September 9, 2020 |

I, Zewugeberhan Desta, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I represent Defendants Allison, Broomfield, and Clark. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so. I submit this declaration in support of Defendants' Motion to Dismiss and for Summary Judgment (exhaustion).

1

Decl. of Z. Desta in Supp. of Defs.' Mot. to Dismiss and for Summ. J. (5:20-cv-06326-EJD (PR))

2. Attached as **Exhibit A** is a true and correct copy of the court's Order Appointing a Receiver in the matter of *Plata v. Newsom,* Case No. 01-CV-01351-JST, ECF No. 473 (N.D. Cal., February 14, 2006).

3. Attached as **Exhibit B** is a true and correct copy of the United States Centers for Disease Control and Prevention's *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities,* published at http://web.archive.org/web/20200527142847/https:/www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html#verbal-screening as it existed on December 22, 2021.

4. Attached as **Exhibit C** is a true and correct copy of CCHCS' Guidelines for Achieving and Maintaining Social Distancing in California Prisons, issued by Receiver J. Clark Kelso on April 10, 2020.  These guidelines are extensively discussed in *Plata v. Newsom*, 445 F. Supp. 3d 557, 565-66 (N.D. Cal. Apr. 17, 2020).

5. Attached as **Exhibit D** is a true and correct copy of CCHCS' Guidelines for Achieving and Maintaining Social Distancing in California Prisons, issued by Receiver J. Clark Kelso on April 12, 2020.  These guidelines are extensively discussed in *Plata v. Newsom*, 445 F. Supp. 3d at 565-66.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from a certified transcript of the video recording of California Senate Public Safety Committee July 1, 2020, Senate Hearing on COVID-19 in California State Prisons, published at https://www.senate.ca.gov/media/senate-public-safety-committee-20200701/video as it existed on December 22, 2021.

7. Attached as **Exhibit F** is a true and correct copy of the Notice of Filing of Receiver's Forty-Fifth Tri-Annual Report and Tri-Annual Report in the matter of *Plata v. Newsom*, No. 01-CV-01351-JST, ECF No. 3457 (N.D. Cal. Oct 1, 2020).

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the parties' Joint Case Management Conference Statement in the matter of *Plata v. Newsom,* No. 01-CV-01351-JST, ECF No. 3328 (N.D. Cal. May 20, 2020).

2

Decl. of Z. Desta in Supp. of Defs.' Mot. to Dismiss and for Summ. J. (5:20-cv-06326-EJD (PR))

1    9.    Attached as **Exhibit H** is a true and correct copy of excerpts from the Reporter's Transcript of Telephonic Proceedings in the matter of *Plata v. Newsom,* No. 01-CV-01351-JST, ECF No. 3334 (N.D. Cal. May 21, 2020).

10.   Attached as **Exhibit I** is a true and correct copy of excerpts from the parties' Joint Case Management Conference Statement in the matter of *Plata v. Newsom,* No. 01-CV-01351-JST, ECF No. 3332 (N.D. Cal. May 27, 2020).

11.   Attached as **Exhibit J** is a true and correct copy of excerpts from the parties' Joint Case Management Conference Statement in the matter of *Plata v. Newsom,* No. 01-CV-01351-JST, ECF No. 3345 (N.D. Cal. June 8, 2020).

12.   Attached as **Exhibit K** is a true and correct copy of excerpts from the parties' Joint Case Management Conference Statement in the matter of *Plata v. Newsom,* No. 01-CV-01351-JST, ECF No. 3356 (N.D. Cal. June 18, 2020).

13.   Attached as **Exhibit L** is a true and correct copy of the California Office of the Inspector General's *COVID-19 Review Series, Part Three,* published at https://www.oig.ca.gov/wp-content/uploads/2021/02/OIG-COVID-19-Review-Series-Part-3---Transfer-of-Patients-from-CIM.pdf as it existed on December 22, 2021.

14.   Attached as **Exhibit M** is a true and correct copy of the U.S. Department of Health and Human Services' Office of General Counsel's Advisory Opinion 20-04 on the Public Readiness and Emergency Preparedness Act and the Secretary's Declaration Under the Act October 22, 2020, as Modified on October 23, 2020, published at https://www.hhs.gov/guidance/document/advisory-opinion-20-04-public-readiness-and-emergency-preparedness-act-and-secretarys as it existed on December 22, 2021.

///
///
///

15. Attached as **Exhibit N** is a true and correct copy of the United States Centers for Disease Control and Prevention's publication titled *How COVID-19 Spreads*, published at https://web.archive.org/web/20200527234600/https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html as it existed on December 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 5, 2022, in Oakland, California.

> */s/ Zewugeberhan Desta*
> Zewugeberhan Desta
> Deputy Attorney General

SF2021401876
91454259.docx

4

Decl. of Z. Desta in Supp. of Defs.' Mot. to Dismiss and for Summ. J. (5:20-cv-06326-EJD (PR))