OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

JANUARY 11, 2022

TO: THE HONORABLE EDWARD J. DAVILA

SUBJECT: EXPANSION OF TIME TO REPLY TO PROPOSED MOTION OF SUMMARY JUDGEMENT

DEAR YOUR HONOR,

    I AM WRITING TO REQUEST FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT. SAN QUENTIN IS CURRENTLY ON MEDICAL QUARANTINE TO HELP IN EFFORT TO SLOW THE SPREAD OF COVID-19. FOR THIS REASON ACCESS TO THE LAW LIBRARY IS LIMITED TO 2 DAYS PER WEEK WHEN PERMISSIBLE.
    MY FIRST OPPORTUNITY WILL BE 1/14/22 TO JUST BE ADDED TO THE PLU LIST.

                    RESPECTFULLY SUBMITTED,
                    Michael V. Nickerson F-77522
                    SAN QUENTIN STATE PRISON SN-66L
                    SAN QUENTIN, CA 94974

ENCLOSED IS A COPY OF THE MEMO

To all incarcerated in state prison,

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) have been taking many steps to protect those who live in, work at, and visit state prisons against the latest surge of COVID-19. As of today, there are 1,342 cases among the population.

More than 80% of the population is fully vaccinated. The vaccine and booster have been offered to every employee and population member who is eligible to receive one. Thank you for helping us achieve this great accomplishment!

If you want a vaccine or booster shot, please fill out a, Request for Health Care Services Forms, CDCR-Form 7362, which will be distributed and picked up in the housing units by health care staff.

Important updates follow:

**Visiting**
In-person and family visiting will be suspended starting Saturday, January 8, 2022, until further notice. Visits for Friday, January 7, 2022, will take place. Any family visits currently taking place will continue until the family visit is over. No new family visits will take place starting January 8, 2022.

We understand this is a big hardship for you and your loved ones, but it's an important action to reduce risk to thousands of visitors at our institutions while we work to control this highly contagious variant.

CDCR will continue to offer video visits. Please tell your loved ones to check the Visitation webpage for the latest updates and the Facility Status webpage for the schedule at each institution.

**Movement and programming**
On Sunday, January 9, 2022, the Department will begin a mandatory statewide 15-day modified program. This temporary measure to limit movement between and inside institutions is a necessary step to keep you safe.

County jail intake has been suspended at Wasco State Prison (WSP) since December 29, 2021 and will be suspended at least through the week of January 10, 2022. Intake at North Kern State Prison and Central California Women's Facility remain open at this time.

During this temporary modified programming, all movement is limited to essential moves only. Our movement rules include quarantine, testing, and isolation mandates for transfers between and inside institutions and facilities.

Health care services will be limited to essential services, including emergencies and priority needs.



MICHAEL NICKERSON F-77522
SAN QUENTIN STATE PRISON SN-66L
SAN QUENTIN, CA 94974

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113,-3096

- ATTN - LEGAL MAIL

SAN FRANCISCO CA 940
14 JAN 2022 PM 3 L



-ATTN- LEGAL MAIL