OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

JANUARY 13, 2022

FILED
JAN 20 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

TO: THE HONORABLE EDWARD J. DAVILA

SUBJECT: EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

DEAR YOUR HONOR,

    I AM RESENDING THIS REQUEST FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT BECAUSE I BELIEVE THAT MY FIRST LETTER DID NOT HAVE MY CASE #, ALSO I WAS NOT ALLOWED TO MAKE A VISIT TO THE LAW LIBRARY YET TO LOOK UP THE RULES OF COURT, WE ARE ON MORE RESTRICTIVE MOVEMENT DUE TO MORE POSITIVE COVID CASES.
    TO DATE I HAVE NOT RECIEVED MY PAPERWORK OR PLU STATUS BACK FROM THE LIBRARY, I AM ALSO ENCLOSING THE NEW MODIFICATION ORDER, THANK YOU FOR TAKING THE TIME TO READ THIS LETTER.

F-27522
SINCERELY, MICHAEL NICKERSON
SAN QUENTIN STATE PRISON SN-66L
SAN QUENTIN, CA 94974
CASE # NO. 5:20-CV-06326-EJD

2 EXHIBITS ENCLOSED

EXHIBIT 1

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022A (REV. 03/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# DAILY PROGRAM STATUS REPORT PART A – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation*
*Upon completion, distribute to ensure all staff and inmate awareness*

| PLAN EFFECTIVE FOR DATE: January 13, 2022 | INSTITUTION: CSP-San Quentin | PROGRAM STATUS NUMBER: SQ-II-22-001 |
|---|---|---|

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY ☐ Approved ☐ Disapproved |
|---|---|---|---|
| ☐ INITIAL | ☒ UPDATE | | ☐ CLOSURE |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CSP-San Quentin | ☒ ALL | ☐ BATTERY |
| ☐ FACILITY: | ☐ SECURITY THREAT GROUP(S): | ☐ DEATH |
| ☐ HOUSING UNIT: | | ☐ RIOT / DISTURBANCE |
| ☐ HOUSING LEVEL: | | ☐ THREATS |
| ☐ OTHER: | ☐ OTHER | ☐ CONTINUING VIOLENCE |
| | | ☐ MEDICAL QUARANTINE: |
| | | ☒ OTHER: COVID PRECAUTIONS |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL: |
| ☒ ESCORT ALL MOVEMENT | ☒ CRITICAL WORKERS ONLY- N95 and PPE required | ☒ NO DAYROOM ACTIVITIES: |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☒ MODIFIED: H-Unit |
| ☐ IN RESTRAINTS | ☐ CLERKS | **RECREATION** |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| ☐ OTHER: | ☐ CANTEEN | ☐ NO RECREATIONAL ACTIVITIES: |
| | ☐ CLOTHING ROOM | ☒ MODIFIED: Yard Release by housing unit |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | |
| ☐ NORMAL | ☒ PORTERS N95 and PPE required | **CANTEEN** |
| ☒ IN-DORM FEEDING- Facility B | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☒ CONTROLLED FEEDING IN DINING ROOM | ☐ OTHER: | ☐ NO CANTEEN |
| ☒ HOUSING UNIT/DORM AT A TIME | **SHOWERS** | ☒ MODIFIED: By housing unit |
| ☐ DORM / POD AT A TIME | ☐ NORMAL | **PACKAGES** |
| ☐ TIER AT A TIME | ☐ ESCORTED | ☐ NORMAL |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | ☐ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☒ TIER SEPARATED BY BAR – OWN TIER | ☒ MODIFIED: By housing unit |
| ☐ SACK MEAL LUNCH | ☐ DORM SHOWERING BY GROUP | **PHONE CALLS** |
| ☐ SACK MEAL DINNER | ☒ CRITICAL WORKERS ONLY | ☐ NORMAL |
| **DUCATS** | ☐ NO SHOWERS | ☐ NO PHONE CALLS |
| ☐ NORMAL | **HEALTH CARE SERVICES** | ☒ LEGAL CALLS |
| ☒ CLASSIFICATION DUCATS- Microsoft Teams | ☐ NORMAL PROGRAM | ☒ MODIFIED: CLEANING BETWEEN USES |
| ☒ PRIORITY DUCATS ONLY | ☒ PRIORITY DUCATS ONLY | **RELIGIOUS SERVICES** |
| ☐ OTHER: | ☐ CONDUCT ROUNDS IN UNITS | ☐ NORMAL |
| **VISITING** | ☒ ESCORTED TO TREATMENT AREA | ☒ CHAPLAINS CONDUCT ROUNDS |
| ☒ NORMAL VIDEO VISITING | ☐ EMERGENCY ONLY | ☐ MODIFIED: |
| ☐ NON-CONTACT ONLY | ☒ MEDICATION DISTRIBUTION | |
| ☒ NO GENERAL VISITING | **LAW LIBRARY** | |
| ☒ LEGAL VISITING- Urgent/emergency via phone or video conference | ☐ NORMAL | |
| ☐ OTHER: | ☒ PLU  ☐ GLU | |

EXHIBIT-2

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022A (REV. 03/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REMARK:** On Sunday, January 9 2022, the California Department of Corrections and Rehabilitation has implemented statewide program modifications and directed all institutions to develop local modifications to reduce staff and inmate staff exposure to the coronavirus (COVID-19), within its facilities. Hence, out of an abundance of caution to protect the health and well-being of staff and the offender population, these extraordinary measures have included statewide modifications/suspension of all rehabilitative groups, education and vocation classes, religious gatherings, in-person visiting, family visits, and other programs/gatherings that inhibit social distancing (recommended 6ft between individuals). Locally, Facility A will feed in the dining hall. Two (2) inmates per table. Tables shall be cleaned in between use. H-unit will have in-dorm feeding. H-Unit Dorm inmates are allowed modified dayroom, with a maximum limit of 10 individuals at a time, to be monitored by Dorm staff, who will enforce 'Social Distancing' in common areas. Leisure and Law Library are facilitated via the PLU/paging system. Medication Distribution will continue at pill pass, with an emphasis on social distancing. All housing unit healthcare rounds, to include the collection of CDCR Form 7362, will be noted in the housing unit logbook by healthcare staff. Medical appointments will be reviewed by medical and will be based on medical necessity. When escorted to the CHSB, inmates that display symptoms shall wear mask, and be kept in separate waiting areas, away from the rest of the inmate population. All other escorts/groups are to remain separated by group, from inmates in other housing units. Only critical workers assigned to HFM, Food Services, Canteen, PIA Warehouse, PIA and R&R, when requested, shall be released to work assignments, after being screened by housing unit. Phones, including non-confidential legal phone calls, shall continue with cleanings between individual uses. Arrangements for confidential legal calls (reserved for actual BPH hearings and emergent issues involving important legal rights) shall be coordinated through the Litigation Coordinator's Office. Shower groups are separated by bars (front/back), with a continued emphasis on social distancing, with cleanings between each individual use. Critical Workers are allowed daily showers when returning from work assignments. **Outside recreational activity will be on a rotating basis on the Lower Yard by housing unit. See attached schedule.**

**Quarantine Precautions:** Quarantine units will follow the general COVID precautions stated above with following exceptions: No inmate workers shall be released to their work assignments. Quarantine units will be kept separate waiting areas away from the rest of the inmate population. Canteen and packages will be delivered to the cell front / dorm. Laundry exchange will be done at the cell front / dorm. Inmates housed in quarantine will be escorted separately, and kept in separate waiting areas away from the rest of the inmate population at all times.
virus.

**On Thursday, January 13, 2022, Alpine is on medical quarantine due to inmates testing positive for the COVID-19 virus. Alpine shall follow the quarantine precautions stated above.**

**On Thursday, January 13, 2022, Facility B, H-Unit, is on medical quarantine due to inmates testing positive for the COVID-19 virus. H-unit shall follow the quarantine precautions stated above. H-unit shall have outside recreational activity on a rotating schedule (one dorm at a time).**

| REVIEWED BY:<br>Lt. R. Gardea | DATE:<br>1/13/22 | NAME / SIGNATURE (WARDEN)<br>R. BROOMFIELD, Warden | DATE:<br>1-13-22 | NAME/SIGNATURE (ASSOCIATE DIRECTOR)     DATE:<br>(REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY)<br>P. COVELLO, Associate Director (A)-Reception Center Mission. |
|---|---|---|---|---|



MICHAEL NICKERSON F.77522
SAN QUENTIN STATE PRISON SN-66L
SAN QUENTIN, CA 94974

-ATTN- LEGAL MAIL

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

SAN FRANCISCO CA 940
18 JAN 2022 PM 2 L

87490

N. RAMIREZ

1-16-22

- ATTN - LEGAL MAIL