KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
NATHANIEL BROWN - # 324392
nbrown@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiffs Santos Ruiz, Fernando Vera, Vanessa Robinson, Daniel Ruiz, Jr., Angelina Chavez, Jacqueline Hampton, and Henry Warner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CIM-SQ TRANSFER CASES, | Case No. 5:20-cv-06326-EJD |
| *This Document Relates To:* | **STIPULATION AND [PROPOSED] ORDER RE AMENDMENT** |
| *Ruiz v. State of California*, 5:21-cv-01832-EJD | Judge:    Hon. Edward J. Davila |
| *Hampton v. State of California*, 5:21-cv-03058-EJD | Date Filed: October 19, 2021 |
| *Warner v. State of California*, 5:21-cv-08154-EJD | Trial Date:  None set |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12, Plaintiffs Santos Ruiz, Fernando Vera, Vanessa Robinson, Daniel Ruiz, Jr., and Angelina Chavez (collectively, "Ruiz Plaintiffs"), Plaintiff Jacqueline Hampton, Plaintiff Henry Warner, and Defendants State of California, California Department of Collections and Rehabilitation, San Quentin State Prison, Ralph Diaz, Estate of Robert S. Tharratt, Ronald Davis, Ronald Broomfield, Clarence Cryer, Alison Pachynski, M.D., Shannon Garrigan, M.D., Louie Escobell, R.N., Muhammad Farooq, M.D., and Kirk Torres, M.D., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Ruiz Plaintiffs filed the Complaint in *Ruiz v. State of California*, No. 5:21-cv-01832-EJD, on March 16, 2021, and the First Amended Complaint on July 7, 2021;

WHEREAS, Jacqueline Hampton filed the Complaint in *Hampton v. State of California*, No. 5:21-cv-03058-EJD, on April 27, 2021, the First Amended Complaint on July 8, 2021, and the Second Amended Complaint on March 21, 2022;

WHEREAS, Henry Warner filed the Complaint in *Warner v. State of California*, No. 5:21-cv-08154-EJD, on October 19, 2021;

WHEREAS, the Ruiz Plaintiffs, Hampton, and Warner seek to amend their operative Complaints to name as Defendant Tina Tharratt, as Personal Representative of the Estate of Robert S. Tharratt, in place of Estate of Robert S. Tharratt, in accordance with California Code of Civil Procedure, Section 377.40;

WHEREAS, the Ruiz Plaintiffs, Hampton and Warner have provided Defendants with a copy of their proposed amended complaints and Defendants consent to the amendment;

WHEREAS, Plaintiffs' filing of such Amended Complaints will not result in any prejudice to Defendants and will not delay compliance with any of the case management deadlines already ordered by the Court;

WHEREAS, in consenting to this amendment, Defendants do not waive any objections or defenses, and reserve the right to challenge the Amended Complaints on substantive grounds;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of records that Plaintiffs may, pursuant to Rule 15(a) of the

Federal Rules of Civil Procedure, file Amended Complaints naming as Defendant Tina Tharratt, as Personal Representative of the Estate of Robert S. Tharratt, in place of Estate of Robert S. Tharratt.

Dated: May 7, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/*Sarah Salomon*
KHARI J. TILLERY
SARAH SALOMON
FRANCO MUZZIO
TAYLOR REEVES
NATHANIEL BROWN
AMRUTHA DORAI
FLORA D. MORGAN

Attorneys for Plaintiffs Santos Ruiz, Fernando Vera, Vanessa Robinson, Daniel Ruiz, Jr., Angelina Chavez, Jacqueline Hampton, and Henry Warner

Dated: May 7, 2025

CALIFORNIA DEPARTMENT OF JUSTICE

By: /s/*Zachary Glantz*
Zachary Glantz
Attorney for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

Plaintiffs may file Amended Complaints naming as Defendant Tina Tharratt, as Personal Representative of the Estate of Robert S. Tharratt, in place of Estate of Robert S. Tharratt in *Ruiz v. State of California*, No. 5:21-cv-01832-EJD; *Hampton v. State of California*, No. 5:21-cv-03058-EJD; *and Warner v. State of California*, No. 5:21-cv-08154-EJD.

Dated:  May 8, 2025

By: _____
Hon. Edward J. Davila