UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE CIM-SQ TRANSFER CASES | Case No. 5:20-cv-06326-EJD |
|---|---|
| This Document Relates To: 24-cv-04688-EJD; *Pineda v. Diaz* | **JUDGMENT** |

Judgment is hereby entered in favor of defendants and against plaintiff in the individual case listed above.

**IT IS SO ORDERED.**

Dated: May 8, 2025

EDWARD J. DAVILA
United States District Judge